TOMAS SUBIRANA, Appellant, *v.* LOUIS DEL. MUNDS, Individually and as Executor of J. THEUS MUNDS, Deceased, et al., Respondents, Impleaded with Others.

Argued February 29, 1940; decided March 15, 1940.

*John F. X. Finn* for appellant.

*J. Adam Murphy* for respondents.

Order affirmed, with costs, and the question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.